IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN D. YOUNG,

    Plaintiff,

v.                            CASE NO. 4:18cv444-RH-MJF

CORIZON LLC et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed. Upon review,

IT IS ORDERED:

The report and recommendation is accepted. This case is transferred to the United States District Court for the Middle District of Florida. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on June 24, 2019.

                                      s/Robert L. Hinkle
                                      United States District Judge