**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

STEVEN D. YOUNG,

    Plaintiff,

v.                                                Case No. 3:19-cv-749-J-32MCR

SECRETARY OF THE FLORIDA
DEPARTMENT OF CORRECTIONS
MARK S. INCH, individually and in his
official capacity and FORMER
SECRETARY OF THE FLORIDA
DEPARTMENT OF CORRECTIONS
JULIE JONES, individually,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

The undersigned, Derek K. Mountford, Esq., counsel of record for Plaintiff, hereby requests that the Court enter an order withdrawing him as counsel for Plaintiff and terminating his involvement in this action, stating as follows:

1. On September 27, 2019, this Court appointed the undersigned and two other attorneys from Holland & Knight, LLP as pro bono counsel for Plaintiff. (Doc. 23).

2. In July 2020, the undersigned accepted a position with the United States District Court for the Middle District of Florida that precludes him from continuing to represent Plaintiff in this action.

3. Robert M. Gore, a licensed Florida attorney admitted to practice before this Court, and the law firm of Holland & Knight, LLP will remain as counsel of record for Plaintiff following the undersigned's withdrawal.

4.    A copy of this Motion and a letter explaining the undersigned's request to withdraw as counsel for Plaintiff has been sent to Plaintiff. Given the current COVID-19 pandemic, the undersigned is unsure when Plaintiff will receive the letter and Motion, or if he will be able to respond in a timely manner.

### Local Rule 3.01(g) Certification

I have conferred with counsel for Defendants regarding this matter and can certify that Defendants are unopposed to the relief requested herein.

Respectfully submitted,

/s/ Derek K. Mountford
Derek K. Mountford
300 N. Hogan Street, Suite 11-400
Jacksonville, Florida 32202
(904) 301-6627
Derek_mountford@flmd.uscourts.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of August 2020 a true and correct copy of the foregoing was filed using the Court's CM/ECF filing portal, which will provide electronic service to all counsel of record.

/s/ Derek K. Mountford
Attorney
